UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO:  8:09-CR-58-T-23MAP
                                            8:09-CR-106-T-23MAP
CHRISTOPHER ROBINSON
_____/

## ORDER

This cause comes on for consideration of Defendant's Motion for Reconsideration of District Court's Order Dated January 9, 2012, to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Based on Fair Sentencing Act of 2010 ("FSA") (09-CR-58, D-49; 09-CR-106, D-79).

By order dated January 9, 2012, the Court found that Defendant was not eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 750 of the Sentencing Guidelines, and the Fair Sentencing Act of 2010. Defendant now moves for reconsideration of that order.

The Court has reconsidered its January 9, 2012 order and finds that amendment of the order is not necessary. The Court therefore declines to amend the order in any respect.

It is therefore ORDERED that:

1) Defendant's Motion for Reconsideration of District Court's Order Dated January 9, 2012, to Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Based on

Fair Sentencing Act of 2010 ("FSA") (09-CR-58, D-49; 09-CR-106, D-79) is GRANTED to the extent that the Court has reconsidered its January 9, 2012 Order and declines to amend it in any respect. The Court's previous ruling of January 9, 2012 is CONFIRMED.

DONE AND ORDERED at Tampa, Florida this 31st day of January, 2012.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT